UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GOTFRIED JEAN,

                       Plaintiff,

     vs                                                9:09-CV-430

C.O. BARBER, Correctional Officer; SGT.
CHRISTOPHER; and SUPERINTENDENT
GRAHAM, All of Auburn Correctional Facility,

                       Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

APPEARANCES:

GOTFRIED JEAN
Plaintiff, pro se
00-A-3295
Attica Correctional Facility
Box 149
Attica, NY 14011-0149

HON. ANDREW M. CUOMO                ADRIENNE J. KERWIN,, ESQ.
Attorney General of the
  State of New York                           Asst. Attorney General
Attorney for Defendants
Department of Law
The Capitol
Albany, New York 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

       Plaintiff, Gotfried Jean, commenced this civil rights action in April 2009, pursuant to

42 U.S.C. § 1983.  By Report-Recommendation dated December 3, 2009, the Honorable

George H. Lowe, United States Magistrate Judge, recommended that defendant Graham's

motion for to dismiss for failure to state a claim (Docket No. 13) be granted with leave to amend. No objections to the Report-Recommendation have been filed.

Based upon a careful review of the entire file and the recommendations of Magistrate Judge Lowe, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1. Defendant Graham's motion to dismiss for failure to state a claim is GRANTED with leave to amend within thirty days of the date of this order;

2. Plaintiff's failure to amend the complaint within thirty days of the date of this order will result in the complaint being dismissed as against defendant Graham without further order of this court.

IT IS SO ORDERED.

Dated: January 11, 2010
Utica, New York.

_____
United States District Judge